Alfred Petersen, Appellee, v. Donald Archibald, Appellant.

Gen. No. 46,029.

O'Brien, Hanrahan & Keogh, John D. Pope, and Delbert T. Been, for appellant; Philip H. Corboy, and John C. Mullen, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed October 26, 1953; rehearing denied December 1, 1953; released for publication December 1, 1953.